<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Camp Harmony, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-2104311 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**206 Mt Horeb Rd.**<br>**Warren, NJ 07059**<br>Number, Street, City, State & ZIP Code<br><br>**Somerset**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | **http://www.campharmony.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Camp Harmony, Inc.**               Case number *(if known)* _____
Name

---

**7.** **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      __7139__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

   ☐ No

   ■ Yes.

| Debtor | **The Orchard Academy, LLC** | | Relationship | **Affiliate** |
|---|---|---|---|---|
| District | **New Jersey** | When **3/15/19** | Case number, if known | _____ |

---

Debtor   **Camp Harmony, Inc.**_____   Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                             Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency _____
             Contact name   _____
             Phone          _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    __Camp Harmony, Inc.__                                 Case number *(if known)* _____
<br>Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _3/15/19_
<br>              MM / DD / YYYY

**X**   X _____            **Jerry Amedeo**
<br>     Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**   **X** _____      Date _3/15/19_
<br>         Signature of attorney for debtor                 MM / DD / YYYY

     **Jay L. Lubetkin**
<br>     Printed name

     **Rabinowitz, Lubetkin & Tully, LLC**
<br>     Firm name

     **293 Eisenhower Parkway**
<br>     **Suite 100**
<br>     **Livingston, NJ 07039**
<br>     Number, Street, City, State & ZIP Code

     Contact phone    **973-597-9100**       Email address

     **20245 NJ**
<br>     Bar number and State

**UNANIMOUS CONSENT
OF SOLE DIRECTOR OF CAMP HARMONY, INC.**

I, the undersigned sole director of Camp Harmony, Inc. (the "Company"), hereby confirm

the adoption of the Company of the following resolutions:

BE IT RESOLVED that the Company is authorized to institute a Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, LLC to act as its bankruptcy counsel in connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this _15th_ day of ___March___, 2019.

X _____

Jerry Amedeo

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name   **Camp Harmony, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/15/19          x _____
Signature of individual signing on behalf of debtor

**Jerry Amedeo**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Camp Harmony, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 1270 Newark, NJ 07101-1270 | | | | | | $17,154.66 |
| Bank of America PO Box 15019 Wilmington, DE 19866-5019 | | | | | | $17,900.85 |
| Bank of America PO Box 15019 Wilmington, DE 19866-5019 | | | | | | $20,475.84 |
| Chase PO Box 1423 Charlotte, NC 28201 | | | | | | $26,717.13 |
| Chase PO Box 1423 Charlotte, NC 28201-1423 | | | | | | $28,263.05 |
| Citi Bank 701 E. 60th Street N. PO Box 6034 Sioux Falls, SD 57117 | | | | | | $56,472.22 |
| Crown Bank 400 Westminster Avenue Elizabeth, NJ 07208 | | | | | | $5,866,023.00 |
| Danielle Adler 175 Washington Drive Watchung, NJ 07069 | | | | | | $30,000.00 |
| JCP&L PO Box 3687 Akron, OH 44309 | | | | | | $63,844.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Camp Harmony, Inc.**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kabbage Inc 925B Peachtree Street NE, Suite 1688 Atlanta, GA 30309 | | | | | | $17,066.00 |
| Lisa and Kevin Walsh 857 Knollwood Ter Westfield, NJ 07091 | | | | | | $14,214.00 |
| Mark Greenbaum 2820 Isabella Street Evanston, IL 60201 | | | | | | $50,000.00 |
| Michael Schlaeffer 6 Hedge Row Crossing Lebanon, NJ 08833 | | | | | | $75,000.00 |
| Michele & Christopher Morley 29 Starview Drive Hillsborough, NJ 08844 | | | | | | $35,000.00 |
| QuarterSpot 333 Seventh Avenue, Suite 1402 New York, NY 10001 | | | | | | $120,368.09 |
| RPS Bollinger Insurance PO Box 390 Short Hills, NJ 07078 | | | | | | $14,276.00 |
| Shaun and Jaime Spearnock 18 Charlotte Drive Clark, NJ 07066 | | | | | | $20,000.00 |
| Sonzoni, Bottito & Cooper 435 Main Street Bedminster, NJ 07921 | | | | | | $20,976.44 |
| Stacy & Derek Littin 410 Tanner Trail Charleston, SC 29412 | | | | | | $45,000.00 |
| Warren Twp Sewerage Authority 46 Mountain Boulevard Warren, NJ 07059 | | | | | | $25,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Camp Harmony, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                  12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $ _____435,290.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $ _____435,290.00

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................... $ _____0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $ _____602,161.04

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____6,608,797.64

4.    **Total liabilities** ...........................................................................
    Lines 2 + 3a + 3b                                      $ _____7,210,958.68

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Camp Harmony, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank**<br>**9 Mt. Bethel Road, Suite 211**<br>**Warren, NJ 07059** | **Operating Account** | **7151** | **$17,500.00** |
| 3.2. | **Chase Bank**<br>**9 Mt. Bethel Road, Suite 211**<br>**Warren, NJ 07059** | **Payroll** | **4277** | **$10.00** |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$17,510.00** |
|---|

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    Accounts receivable

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Camp Harmony, Inc.**          Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | 417,780.00 | - | 0.00 | = .... | $417,780.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                           $417,780.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Miscellaneous furniture, fixtures, equipment, sports and recreational equipment (See Rider for approximate listing)** | **Unknown** | | **Unknown** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                           $0.00
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

Approximate Listing of Types of Equipment

| |
|---|
| Assorted metal upholstered swivel arm chair |
| Assorted bookcases |
| 2 drawer metal lateral file cabinets |
| Formica top metal student desks |
| Formica top metal desks |
| Metal upholstered swivel chair |
| Plastic stacking chairs |
| Projection screen |
| Folding table |
| 2 drawer metal file cabinet |

| |
|---|
| Blackboard |
| Metal upholstered swivel chair |
| Assorted bookcases |

| |
|---|
| Single pedestal Formica top metal desk |
| Double pedestal Formica top metal desk |
| Metal upholstered swivel arm chair |
| 2 drawer metal file cabinet |
| Metal pedestal |
| Metal upholstered swivel chair |
| Blackboard |
| Formica top metal student desks |
| Plastic stacking chairs |
| Portable metal bookcase |
| AltiGen AltiTouch 510 telephone |

| |
|---|
| 4 drawer metal lateral file cabinets |
| 2 drawer metal file cabinets |
| Single door office refrigerator |
| Assorted metal upholstered swivel arm chairs |
| AltiGen AltiTouch 510 telephone |
| Computer table |
| Portable metal bookcase |
| Bookcase |

| |
|---|
| Assorted metal upholstered swivel arm chairs |
| Formica top metal desk |
| 2 drawer metal file cabinets |
| Bookcase |
| 2 drawer metal lateral file cabinets |
| 4 drawer metal lateral file cabinet |
| Bookcase |
| Double pedestal Formica top metal desk |
| Plastic top folding table |
| Formica top metal student desks |
| Plastic stacking chairs |
| Electric radiator |
| Blackboards |
| Metal arm chair w/ upholstered seat and back |
| Computer desk |
| Wall clock |

Metal table
4 drawer metal file cabinet
Single well stainless steel sinks w/ drainboards
Portable metal bookcase
Wall clock
2 door metal storage cabinet w/ casters
Wood table
Formica top metal desk
Wood arm chair w/ upholstered seat and back
Blackboard

2 drawer metal lateral file cabinets
Blackboards

2 drawer metal file cabinet
Portable metal bookcase
Assorted bookcases
Formica top metal desks
2 drawer metal lateral file cabinet
4 drawer metal lateral file cabinet

2 drawer metal file cabinet
Metal upholstered swivel chair
2 door wood cabinets

Metal upholstered swivel chair
Assorted Panasonic, Philips and Sony color televisions
Blackboards
Assorted bookcases
GBC electric punch stapler, 3230ST

Bookcase
4 drawer metal lateral file cabinet
Blackboards
Wall clock

Plastic top folding table
2 drawer metal file cabinets
Assorted bookcases
Plastic upholstered swivel chairs
4 drawer metal lateral file cabinet
2 drawer metal lateral file cabinet
Blackboard
Wall clock

Bookcase
Metal pedestal
Double pedestal Formica top metal desk
Blackboards
2 drawer metal lateral file cabinet

Tables

Metal framed fabric covered office partition
Single pedestal wood desk w/ hutch and side return
Metal upholstered swivel arm chair

| |
|---|
| 2 drawer metal file cabinet |
| 4 drawer metal lateral file cabinets |
| Assorted bookcases |
| 4 drawer metal file cabinet |
| 2 door cabinet |
| Formica top metal computer table |

| |
|---|
| Assorted bookcases |
| Assorted 2 drawer metal lateral file cabinets |
| Assorted blackboards |
| 4 drawer metal lateral file cabinet |
| Assorted metal upholstered swivel arm chairs |
| Double pedestal Formica top metal desks |
| 3 drawer metal lateral file cabinet |
| Formica top metal table |

| |
|---|
| 4 drawer metal lateral file cabinet |
| 2 drawer metal lateral file cabinet w/ Formica top |
| Metal tambour door cabinet |
| 2 drawer metal lateral file cabinet |
| 2 drawer metal file cabinet |
| Double pedestal Formica top metal desks |
| Metal upholstered swivel arm chairs |
| 4 drawer metal file cabinets |
| Blackboard |

| |
|---|
| AltiGen AltiTouch 510 telephones |
| 2 drawer metal file cabinet |
| 4 drawer metal lateral file cabinet |
| 3 drawer metal lateral file cabinet |
| Plastic stacking chair |
| 2 drawer metal lateral file cabinet |

| |
|---|
| Pacific Yurts Yurt |
| Elements of Ropes Course & Zip Line including low ropes elements, climbing equipment, high ropes elements, etc. |
| Sand volleyball net and setup |
| Locking mailbox |
| Mini-Golf course elements and gold equipment |
| Assorted carseats |
| Assorted booster seats |
| Seatbelt cutters |
| Fire extinguishers (for vans) |
| Emergency triangles for vehicles |
| Archery targets & stands |
| Archery bows |
| Archery arrows |
| Portable Gaga pit |

| |
|---|
| Assorted costumes (dance room) |
| Wall mounted mirrors (dance room) |
| Assorted gymnastics equipment including balance beam, tumbletrack, pommel horse, mats, wedges, etc. |

| |
|---|
| Plasma scooters |
| Assorted sports equipment including soccer balls, basketballs, softball equipment, nets, volleyball equipment, ride-on toys, sports balls, football equipment, lacrosse, nets, goals, etc. |
| Assorted Camp Harmony T-Shirts (t-shirt closet) |
| Metal lockers (MakerSpace) |
| Double pedestal Formica top metal desks |
| Metal upholstered swivel arm chairs |
| 4 drawer metal file cabinets |
| Blackboard |

| |
|---|
| |

| |
|---|
| Electronic score board |
| Sanyo single door office refrigerator |
| Wall clock |
| Wood bookcase w/ casters |
| Wall clock |
| Formica top metal student desk |
| Maytag dehumidifier |

| |
|---|
| Wood lifeguard stand |
| Sections of metal bench |
| Lifeguard buoys |
| Assorted whistles and other lifeguard supplies |
| Assorted kickboards |
| Lane lines/in-water ropes |
| Pool basketball nets |
| Backboards |
| Umbrellas |
| Assorted pool life-saving supplies (throw ropes, ring-buoys, hooks, etc.) |
| Sections of metal bench |
| Pool cover (small pool) |

| |
|---|
| Single pedestal Formica desk w/ hutch and side return |
| Metal upholstered swivel arm chair |
| Metal arm chairs w/ upholstered seat and back |
| AltiGen AltiTouch 500 telephone |
| Computer stand |
| End table |

| |
|---|
| Single pedestal Formica desk w/ top cabinet and side return |
| Metal upholstered swivel arm chair |
| Metal arm chair w/ upholstered seat and back |
| AltiGen AltiTouch 510 telephone |
| Corkboard |
| Computer stand |

| |
|---|
| Formica top metal table |
| Metal arm chairs w/ upholstered seat and back |
| Metal pedestal |
| Floor lamp w/ shade |
| AltiGen AltiTouch 510 telephones |
| Metal bakers rack |
| Double pedestal wood desk |
| Metal upholstered swivel chair |

| |
|---|
| Metal upholstered swivel arm chairs |

| Single pedestal Formica top metal desk |
| AltiGen AltiTouch 510 telephone |
| Single pedestal Formica desk |
| Wood arm chair w/ upholstered seat and back |
| Metal folding chair |
| Metal pedestals |
| Plastic top folding tables |

| Single pedestal Formica top metal desk |
| Metal upholstered swivel arm chair |
| Metal upholstered chair |
| Metal arm chair w/ upholstered seat and back |
| AltiGen AltiTouch 510 telephone |
| Corkboards |

| Single pedestal Formica top metal desk |
| Metal upholstered swivel arm chair |
| Metal arm chair w/ upholstered seat and back |
| 2 drawer metal file cabinet |
| Plastic stacking chair |
| AltiGen AltiTouch 510 telephone |

| Single pedestal Formica top metal desk |
| Metal upholstered swivel arm chair |
| Metal arm chair w/ upholstered seat and back |
| AltiGen AltiTouch 510 telephone |
| 2 drawer metal file cabinet |

| Single pedestal Formica desk |
| Metal upholstered swivel arm chair |
| Metal arm chair w/ upholstered seat and back |
| Metal upholstered chair |
| Electric heater |
| AltiGen AltiTouch 510 telephone |

| Metal folding chair |
| Bookcase |
| Formica credenza |
| 2 drawer metal lateral file cabinet |
| Single pedestal Formica desks w/ side returns |
| Metal upholstered swivel arm chairs |
| AltiGen AltiTouch 510 telephone |

|  |

| 2 drawer wood lateral file cabinet |
| Bogen RM-150A FM/AM receiver |
| AltiGen AltiTouch 510 telephone |

| Wood top metal conference table |
| Upholstered swivel arm chairs |
| Wood arm chair w/ upholstered seat and back |
| Wood table |
| AltiGen AltiTouch 510 telephone |
| Metal folding chairs w/ portable cart |
| LCD television |

Panasonic combination DVD/VHS VCR.

3 tier portable equipment stand
2 door metal storage cabinet w/ casters
Assorted metal hand trucks
6'-0 fiberglass step ladder
4 drawer metal lateral file cabinets
2 drawer metal lateral file cabinet
Metal arm chair w/ upholstered seat and back
Group of approximately 26- portable plastic tubs
Appliance hand truck
Overhead projectors
Group of approximately 75 plastic stacking chairs
Group of furniture in storage consisting of:

Metal upholstered stool

3 drawer metal lateral file cabinets
Single pedestal Formica top metal desk
Formica top metal student desk
Kenmore single door office refrigerator
Metal upholstered swivel chair
2 drawer metal file cabinets
Metal upholstered chairs
Vinyl upholstered Formica treatment table
Metal frame bunk bed w/ mattresses
Wood upholstered chair
Wood cabinets

Folding tables, approximately 72" diameter
Folding tables, approximately 6'-0 long
Metal upholstered stacking chairs
Wall mounted fans
Bose speakers
LCD televisions
DLP overhead projector

Numark CDN-24 dual CD player
Dell Optiplex 380 computer w/ eMachines LCD monitor
Yamaha YPP-50 keyboard
Portable stainless steel lined salad bar, 5'-0 long w/ Lucite sneeze guard
Panasonic microwave ovens
Magic single door office refrigerator

Stainless steel hand sink (wall mounted)

Assorted stainless steel top work tables
Stainless steel top work table w/ heavy duty can opener
Cuisinart 14 cup food processor
AltiGen AltiTouch 510 telephone
4 drawer metal lateral file cabinet
Stainless steel slop sink
5 tier stainless steel cart
Assorted aluminum pan racks
Section 3 tier metro plastic rack
Pitco Frialator stainless steel deep fat fryer, gas fired
Vulcan stainless steel griddle, gas fired
Superior double oven, stainless steel front

Bally walk-in refrigerated box, approximately 8'-0 x 14'-0
w/ raised floor
w/ interior wall hung stainless steel shelves w/ Trenton 2 fan blower
w/ compressor

Metal exhaust hood, approximately 16'-0 long
Metro C5, 3 Series holding and proofing cabinet, w/ casters
Blodgett Zephaire stainless steel double stack convection oven
Hobart model D340, 40 quart mixer
w/ bowl guard, bowl, flat beater
Scotsman ice maker
Hanging metal pot rack, approximately 6'-0 long
3 compartment stainless steel sink
5 tier heavy duty stainless steel cart
Stainless steel single well sink
Stainless steel steam table, 5'-0 long, gas fired
Double stack cook and hold oven, w/ casters
FlyGrid bug killer
6'-0 fiberglass step ladder

Sections of Metro 3 tier plastic racks

Double pedestal Formica top metal desk
AltiGen AltiTouch 510 telephone

2 door metal storage cabinet

Fan
Table Saw
Pro-Lift
Pressure Washer

Roller T-stand

portable gas generator
Electric pipe cleaner
Step ladder
circular saw

DeWalt DW718 compound miter saw
IR portable air compressor w/ 2 H.P. motor
5 drawer metal file cabinet
6'-0 fiberglass step ladder
Wood top metal work bench w/ vise,
w/ Delta 23-880 double end bench grinder
Jet hydraulic floor jack
10'-0 aluminum step ladder
Wood top metal work bench w/ vise
Lot of Biljax scaffolding
Lot of assorted hand tools including assorted power hand tools,
Husky tool chest containing assorted hand tools
2 drawer metal lateral file cabinet

| |
|---|
| John Deere 3038E compact utility tractor (2010) |
| w/ model 305 loader |
| w/ Frontier LR2060L rake w/ front fork attachment |
| Riding Mower |
| Large Walk-in Freezer |

Debtor   **Camp Harmony, Inc.**_____   Case number *(If known)* _____
_____Name_____

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See Part 7 above | Unknown | | Unknown |

51.   **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Camp Harmony, Inc.**                                        Case number *(if known)*  _____
          ‾Name‾

| 55.1. | **260 Mt. Horeb Road**<br>**Warren, NJ 07059** | | | |
| | **Owned by:**<br>**Crown Real Estate**<br>**Holdings, Inc.**<br>**27 Prince Street**<br>**Elizabeth, New**<br>**Jersey 07208** | Lease | Unknown | Unknown |

---

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | |
    |---|
    | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Camp Harmony, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | <sub>Name</sub> | | |

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,510.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $417,780.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $435,290.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $435,290.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Camp Harmony, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Camp Harmony, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adrea and Brian Mann**<br>**5 Holly Ridge Court**<br>**Bernardsville, NJ 07924**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $7,710.00 | $2,850.00 |
| **2.2** Priority creditor's name and mailing address<br>**Adriane Shaw and Bill Walsh**<br>**16 Frederick Court**<br>**Basking Ridge, NJ 07920**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $10,300.00 | $2,850.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    50844                    Best Case Bankruptcy

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,170.60 | $2,850.00

**Alexandra and Mark Daniel**
**344 Henry Street**
**Scotch Plains, NJ 07076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,060.00 | $2,060.00

**Allison and Andrew Adornato**
**1094 Willow Road**
**Mountainside, NJ 07092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,725.00 | $2,850.00

**Allison and Rob Sackett**
**1030 Wyandotte Trail**
**Westfield, NJ 07091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,713.87 | $2,850.00

**Amanda and Bryan Bowler**
**34 Acorn Drive**
**Clark, NJ 07066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,575.00 | $2,850.00 |
|---|---|---|---|---|
| | **Amanda and Rich Cowell**<br>**634 Riverside Drive**<br>**Cranford, NJ 07016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,937.50 | $2,850.00 |
|---|---|---|---|---|
| | **Amie and Chris Brancheau**<br>**22 Princeton Ave**<br>**Berkeley Heights, NJ 07922** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,037.10 | $2,037.10 |
|---|---|---|---|---|
| | **Amie and Justin Griffith**<br>**2018 Grand St**<br>**Scotch Plains, NJ 07076** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,882.20 | $2,850.00 |
|---|---|---|---|---|
| | **Amy and Ari Burd**<br>**2 Northview Ter**<br>**Holmdel, NJ 07733** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Camp Harmony, Inc.**

       Name                                                 Case number *(if known)*

---

**2.11** Priority creditor's name and mailing address
**Amy Zweiman and Chad Springer**
**80 Tuttle Road**
**Watchung, NJ 07069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,909.75     $2,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address
**Ann-Marie Ryan**
**21 French Drive**
**Hillsborough, NJ 08844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,879.50     $2,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address
**Anne and David Tsang**
**38 Cedar Hollow Drive**
**Stirling, NJ 07980**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,290.00     $2,290.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address
**Ashleigh Cerenzo and Kate Curran**
**49 loft drive**
**Martinsville, NJ 08836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00     $1,000.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | | Case number (if known) | | |
|--------|---------------------|-|------------------------|-|-|
| | Name | | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,236.76 | $2,850.00 |
|------|---|---|---|---|

**Becky and Robert Burke**
**1735 florida st**
**Westfield, NJ 07091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $1,575.00 |
|------|---|---|---|---|

**Chrissy and Bill Cwieka**
**25 Logan Drive**
**Branchburg, NJ 08876**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,225.00 | $2,850.00 |
|------|---|---|---|---|

**Christina Theodorou and Bryan**
**Ross**
**8 Helen St**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,875.00 | $1,875.00 |
|------|---|---|---|---|

**Cindy and William Campbell**
**5 blackthorne road**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,705.00 | $2,850.00 |
|---|---|---|---|---|
| | **Corey Kaczmarek and Jack Howard**<br>**804 Star View Way**<br>**Bridgewater, NJ 08807** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Cynthia and Clark Landale**<br>**1104 Heckel Drive**<br>**Mountainside, NJ 07092** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,560.00 | $2,850.00 |
|---|---|---|---|---|
| | **Dana and Andrew Curtis**<br>**5 woodgrove turn**<br>**Warren, NJ 07059** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,650.00 | $2,850.00 |
|---|---|---|---|---|
| | **Dana and Nick San Filippo**<br>**16 Kensington Court**<br>**Warren, NJ 07059** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Camp Harmony, Inc.**
           Name

Case number *(if known)* _____

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,301.95** | **$2,850.00** |

**Danielle and Carlos Ferreira**
**12 Jenna Court**
**Scotch Plains, NJ 07076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** | **$2,850.00** |

**Daria Tarbaeva and Michael Litvin**
**80 Appletree Row**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,939.75** | **$2,850.00** |

**Daryl and Paul Knegten**
**115 Oakwood Rd East**
**Watchung, NJ 07069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,849.50** | **$2,850.00** |

**Dawn and Mario Serra**
**3 Foxglove Drive**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Camp Harmony, Inc.**
Name

Case number (if known) _____

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,830.00 | $2,850.00 |
|---|---|---|---|---|

**Deanna Chin and John Maloney**
**96 Briarwood Drive West**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,125.00 | $2,850.00 |
|---|---|---|---|---|

**Deborah and Mitchell Sandak**
**1019 Boynton Avenue**
**Westfield, NJ 07091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,125.00 | $2,850.00 |
|---|---|---|---|---|

**Debra and Barry Rothenberg**
**36 Angus Lane**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,630.75 | $2,850.00 |
|---|---|---|---|---|

**Deepti Mehra and Manish Mehta**
**229 Virginia St**
**Westfield, NJ 07091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|--------|--------------------|-----|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,887.35 | $2,850.00 |
|------|---|---|---|---|

**Demi and Lance Blick**
**19 Ellsworth Drive**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,081.50 | $1,081.50 |
|------|---|---|---|---|

**Diana and Brian Isherwood**
**11 Pine Street**
**Green Brook, NJ 08812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,875.00 | $2,850.00 |
|------|---|---|---|---|

**Elisa and Mark Perla**
**49 Pheasant Run Drive**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.00 | $2,850.00 |
|------|---|---|---|---|

**Ellen Friedman and Michael Gould**
**239A Amboy Avenue**
**Metuchen, NJ 08840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | |
|---|---|---|
| | Name | |

Case number (if known) _____

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.00 | $1,735.00 |
|---|---|---|---|---|
| | **Ellen Wolfe**<br>**14 Durham Drive**<br>**Clark, NJ 07066** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,380.00 | $2,850.00 |
|---|---|---|---|---|
| | **Erika and Adam Berman**<br>**34 William Penn Road**<br>**Warren, NJ 07059** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,759.50 | $2,850.00 |
|---|---|---|---|---|
| | **Erin Black and Matthew Tripp**<br>**1045 Rector Road**<br>**Bridgewater, NJ 08807** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 | $2,850.00 |
|---|---|---|---|---|
| | **Fay and Jason Verbel**<br>**57 Sycamore Way**<br>**Warren, NJ 07059** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Camp Harmony, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,925.00 | $1,925.00 |
|---|---|---|---|---|
| | **Fran Franks**<br>**11 Heather Lane**<br>**Warren, NJ 07059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,218.75 | $2,850.00 |
|---|---|---|---|---|
| | **Gwen and Amy Dixon**<br>**108 Academy Street**<br>**South Orange, NJ 07079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,825.00 | $2,850.00 |
|---|---|---|---|---|
| | **Heather and Eric Hado**<br>**87 Myrtle ave**<br>**Millburn, NJ 07041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,705.00 | $2,850.00 |
|---|---|---|---|---|
| | **Howie and Lisa Bash**<br>**4 Hazelwood Court**<br>**Warren, NJ 07059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| **2.43** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Internal Revenue Service** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | $11,000.00 | $2,850.00 |
|---|---|---|---|---|
| **2.44** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Isai and Muthu Senthil** | ☐ Contingent | | |
| | **2 Hickory Lane** | ☐ Unliquidated | | |
| | **Dunellen, NJ 08812** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | $4,750.00 | $2,850.00 |
|---|---|---|---|---|
| **2.45** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Janet and Angelo LaFerrera** | ☐ Contingent | | |
| | **2505 Mountain Avenue** | ☐ Unliquidated | | |
| | **Scotch Plains, NJ 07076** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | $11,425.00 | $2,850.00 |
|---|---|---|---|---|
| **2.46** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Jasmin and Jacob Kriss** | ☐ Contingent | | |
| | **1300 Overhill Street** | ☐ Unliquidated | | |
| | **Westfield, NJ 07091** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

Debtor  **Camp Harmony, Inc.**                                   Case number (if known) _____
        _____
        Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,101.84 | $2,850.00 |

Priority creditor's name and mailing address
**Jasmin Vazquez and Margo Kizel**
**955 South Springfield Avenue**
**Unit 2003**
**Springfield, NJ 07081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.48** Priority creditor's name and mailing address
**Jeannie and David Shrank**
**2 Countryside Lane**
**Warren, NJ 07059**

As of the petition filing date, the claim is:     **$11,950.00**   **$2,850.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.49** Priority creditor's name and mailing address
**Jen and Kevin Cale**
**316 Mountain Blvd**
**Watchung, NJ 07069**

As of the petition filing date, the claim is:     **$6,056.40**   **$2,850.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.50** Priority creditor's name and mailing address
**Jennifer and Daniel McCarey**
**165 Mountainview Road**
**Warren, NJ 07059**

As of the petition filing date, the claim is:     **$10,815.00**   **$2,850.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | Camp Harmony, Inc. | | Case number (if known) | |
|--------|--------------------|--|------------------------|--|
| | Name | | | |

---

**2.51** | Priority creditor's name and mailing address

**Jennifer and David Kassack**
**136 High Tor Drive**
**Watchung, NJ 07069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,030.00   $1,030.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.52** | Priority creditor's name and mailing address

**Jennifer and Don Molina**
**3 Bailiwick Drive**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,705.00   $2,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.53** | Priority creditor's name and mailing address

**Jennifer and Gabriel Rodriguez**
**13 Madden Ct**
**Westfield, NJ 07091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00   $2,000.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.54** | Priority creditor's name and mailing address

**Jennifer and Steven Krawitz**
**9 Sherwood Ct.**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,310.00   $2,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Camp Harmony, Inc.**

Name

Case number (if known)

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,100.00 | $2,850.00 |
|------|----------------------------------------------|----------------------------------------------|------------|-----------|

**Jodi Krumholz and Andrea Rossi**
**19 Glenview Drive**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,251.19 | $2,850.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Jodi Visco and Joe Guglielmo**
**708 Carleton Road**
**Westfield, NJ 07091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,665.00 | $2,850.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Julie and Ravi Mistry**
**189 VALLEY DR**
**Watchung, NJ 07069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.00 | $1,030.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Julie Benton and Chris Sparrer**
**23 Springfield Ave**
**Berkeley Heights, NJ 07922**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.59** Priority creditor's name and mailing address

**Julie Herbstman and Arthur Ginnino**
**84 mountain ave**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,030.00     $1,030.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.60** Priority creditor's name and mailing address

**Justine and Matt Donnelly**
**246 Woodland Road**
**Madison, NJ 07940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,350.00     $2,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.61** Priority creditor's name and mailing address

**Karen and John Wauters**
**22 twombly dr**
**Summit, NJ 07901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00     $2,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.62** Priority creditor's name and mailing address

**Karyn and Marrhew Aptekar**
**21 Sentry Court**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,030.00     $1,030.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Camp Harmony, Inc.**

_____

Name                                                    Case number *(if known)*    _____

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,266.89 | $2,850.00 |

**Kathleen and Dennis Bakos**
**47 Book Drive**
**Watchung, NJ 07069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,975.00 | $2,850.00 |

**Kathleen and George Prayias**
**3 Tall Oaks Drive**
**Warren, NJ 07059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,010.00 | $2,850.00 |

**Kim and Jim Alexander**
**760 Hyslip Avenue**
**Westfield, NJ 07091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.00 | $1,030.00 |

**Kristen and Robert Checchio**
**19 Conklin Lane**
**Warren, NJ 07059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | | Case number (if known) | |
|--------|---------------------|--|------------------------|--|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,506.00** | **$2,850.00** |
|------|------|------|------|------|
| | **Laura and Eric Heller**<br>**1113 Shore Drive**<br>**Brielle, NJ 07830** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,030.00** | **$1,030.00** |
|------|------|------|------|------|
| | **Lauren and Michael Castagna**<br>**9 Mundy Lane**<br>**Warren, NJ 07059** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,810.00** | **$2,850.00** |
|------|------|------|------|------|
| | **Lauren and Timothy Mansour**<br>**4 Ridge Road**<br>**Warren, NJ 07059** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,060.00** | **$2,060.00** |
|------|------|------|------|------|
| | **Lauren Lippitt-Zissu and Greg Zissu**<br>**16 Oak Lane**<br>**Green Book, NJ 08812** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,060.00 | $2,060.00 |
|---|---|---|---|---|
| | **Leah and Jill Golub** | *Check all that apply.* | | |
| | **11 Brentwood Court** | ☐ Contingent | | |
| | **Warren, NJ 07059** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,341.76 | $2,850.00 |
|---|---|---|---|---|
| | **Lesley and David Brooks** | *Check all that apply.* | | |
| | **22 Ron's Edge Road** | ☐ Contingent | | |
| | **Springfield, NJ 07081** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,274.00 | $2,850.00 |
|---|---|---|---|---|
| | **Lindsey and Kris Showman** | *Check all that apply.* | | |
| | **4 Apple Tree Lane** | ☐ Contingent | | |
| | **Warren, NJ 07059** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,262.90 | $2,850.00 |
|---|---|---|---|---|
| | **Lisa and David Checchio** | *Check all that apply.* | | |
| | **113 Valley Drive** | ☐ Contingent | | |
| | **Watchung, NJ 07069** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,214.00 | $2,850.00 |
| | **Lisa and Kevin Walsh** | *Check all that apply.* | | |
| | **857 Knollwood Ter** | ☐ Contingent | | |
| | **Westfield, NJ 07091** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| | | | | |
|---|---|---|---|---|
| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,750.00 | $2,850.00 |
| | **Lisa and Vinny Cerracchio** | *Check all that apply.* | | |
| | **29 Shannon Road** | ☐ Contingent | | |
| | **Bridgewater, NJ 08807** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| | | | | |
|---|---|---|---|---|
| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,657.78 | $1,657.78 |
| | **Liz and Eric Weisman** | *Check all that apply.* | | |
| | **7 Martin Court** | ☐ Contingent | | |
| | **Martinsville, NJ 08836** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| | | | | |
|---|---|---|---|---|
| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,060.90 | $1,060.90 |
| | **Lori and Craig Menker** | *Check all that apply.* | | |
| | **132 Darren Drive** | ☐ Contingent | | |
| | **Basking Ridge, NJ 07920** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $2,850.00 |
|---|---|---|---|---|

**Lori and Jared Rabinowitz**
**547 Prospect Street**
**Westfield, NJ 07091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,060.00 | $2,060.00 |
|---|---|---|---|---|

**Lynn and Gavin Evans**
**28-3 Post Kennel Road**
**Far Hills, NJ 07931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,651.00 | $2,850.00 |
|---|---|---|---|---|

**Mandy and Jack Walfish**
**1649 Brookdale Dr**
**Martinsville, NJ 08836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,274.00 | $2,850.00 |
|---|---|---|---|---|

**Marilyn and Jeffrey Halter**
**22 Maplehurst Lane**
**Piscataway, NJ 08854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,879.50 | $2,850.00 |
|---|---|---|---|---|

**Marilyn Gonzalez and Anthony Burton**
**762 Kimball ave**
**Westfield, NJ 07091**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 | $2,850.00 |
|---|---|---|---|---|

**Marisa and Sameer Joshi**
**174 Oaks Road**
**Millington, NJ 07946**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,060.00 | $2,850.00 |
|---|---|---|---|---|

**Marissa and Marc Oren**
**22 Apple Tree Lane**
**Warren, NJ 07059**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,950.00 | $2,850.00 |
|---|---|---|---|---|

**Marla and Michael Sommer**
**27 N. Finley Avenue**
**Basking Ridge, NJ 07920**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

Debtor    **Camp Harmony, Inc.**
_____    Case number *(if known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,975.00 | $2,850.00 |
| | **Mary and Dennis Reilly**<br>**524 Dorian Place**<br>**Westfield, NJ 07091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,060.00 | $2,850.00 |
| | **Megan and John Leitch**<br>**122 Emerald Valley Lane**<br>**Basking Ridge, NJ 07920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,750.00 | $2,850.00 |
| | **Melanie and Lacxon Chan**<br>**1188 Wyoming Drive**<br>**Mountainside, NJ 07092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,583.00 | $2,850.00 |
| | **Melisa and Nima Majlesi**<br>**12 Rockage road**<br>**Warren, NJ 07059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Camp Harmony, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $2,850.00 |
|---|---|---|---|---|

**Melissa and David Weiss**
**4 Dunlap Place**
**Middlesex, NJ 08846**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Michele Johnson**
**52 Hillcrest Blvd**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,380.00 | $2,850.00 |
|---|---|---|---|---|

**Milena and Alexy Gashkevich**
**86 Locust Ave**
**Millburn, NJ 07041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,060.00 | $2,060.00 |
|---|---|---|---|---|

**Nancy Lin and Zhijing Wang**
**4 Kale Dr**
**Bridgewater, NJ 08807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Camp Harmony, Inc.**                                                    Case number (if known) _____
_____
Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| | **New Jersey Division of Taxation Compliance and Enforcement Bankruptcy Unit** | *Check all that apply.* | | |

**New Jersey Division of Taxation Compliance and Enforcement Bankruptcy Unit**
**50 Barrack Street, 9th Floor**
**Trenton, NJ 08625**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |

**Nicole Evins and Jeremy Gault**
**12 Brighton Avenue**
**Bridgewater, NJ 08807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,030.00** | **$1,030.00** |

**Nidhi and Kapil Gupta**
**73 Winding Way**
**Stirling, NJ 07980**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,077.77** | **$2,850.00** |

**Nidhi and Vivek Radia**
**115 ORCHARD RD**
**Watchung, NJ 07069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Camp Harmony, Inc.**
_____        Case number (if known) _____
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,616.44 | $2,850.00 |
|---|---|---|---|---|

**Pamela and Ernest Clarke**
**622 Maye Street**
**Westfield, NJ 07091**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number _____        Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.00 | $1,030.00 |
|---|---|---|---|---|

**Rachel Liao and Yi Zhang**
**37 Rainbow Ridge Drive**
**Livingston, NJ 07039**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number _____        Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,575.00 | $2,850.00 |
|---|---|---|---|---|

**Rachel Soloway and Mark Celler**
**100 Walnut Street**
**New Providence, NJ 07974**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number _____        Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $2,850.00 |
|---|---|---|---|---|

**Rebecca and Kevin Brown**
**548 Stangle Road**
**Martinsville, NJ 08836**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____        Basis for the claim: _____

Last 4 digits of account number _____        Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

Debtor    **Camp Harmony, Inc.**                                                 Case number (if known) _____
_____
Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,465.50** | **$2,850.00** |
|---|---|---|---|---|

**Richard and Patricia Brosnan**
**11 Rockridge Court**
**Basking Ridge, NJ 07920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,575.00** | **$2,850.00** |
|---|---|---|---|---|

**Risa and Andrew Glenn**
**579 Hillside Avenue**
**Mountainside, NJ 07092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,125.00** | **$2,850.00** |
|---|---|---|---|---|

**Robyn and Rob Gibbs**
**66 Nottingham Drive**
**Watchung, NJ 07069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,525.00** | **$2,850.00** |
|---|---|---|---|---|

**Sapna Bhambhani and Thomas**
**Sherman**
**920 Summit Avenue**
**Westfield, NJ 07091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| **2.107** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 | $1,550.00 |
|---|---|---|---|---|
| | **Shari and Bret Steig** **581 River Road** **Chatham, NJ 07928** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| **2.108** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,675.00 | $2,850.00 |
|---|---|---|---|---|
| | **Sharra and Michael Woodward** **80 Summit Drive** **Basking Ridge, NJ 07920** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| **2.109** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 | $2,850.00 |
|---|---|---|---|---|
| | **Shaun and Jaime Spearnock** **18 Charlotte Drive** **Clark, NJ 07066** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| **2.110** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,030.00 | $2,850.00 |
|---|---|---|---|---|
| | **Sonali and Avnissh Patel** **8 Brentwood Court** **Warren, NJ 07059** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Camp Harmony, Inc.**                                                    Case number (if known) _____
          _____
          Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,133.34 | $2,850.00 |
|---|---|---|---|---|

**Sonia and Rob Woods**
**1111 Johnston Drive**
**Watchung, NJ 07069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,150.00 | $2,850.00 |
|---|---|---|---|---|

**Stacey and Rob Merkin**
**222 Arrowood Way**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.00 | $1,030.00 |
|---|---|---|---|---|

**Staci and Michael Goldenberg**
**21 Helen Street**
**Fanwood, NJ 07023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,210.00 | $2,850.00 |
|---|---|---|---|---|

**Stefanie and Jason Kirchheimer**
**71 Rock Avenue**
**Watchung, NJ 07069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Camp Harmony, Inc.**                                                Case number (if known) _____
_____
Name

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $2,850.00 |
|---|---|---|---|---|

**Stefanie and Michael Jurista**
**13 Elmwood Drive**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,785.25 | $2,850.00 |
|---|---|---|---|---|

**Stephanie and Zak Levitt**
**632 Shadowlawn Drive**
**Westfield, NJ 07091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 | $2,850.00 |
|---|---|---|---|---|

**Susan and Christopher De Angelis**
**91 Morning Glory Rd**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,785.25 | $2,850.00 |
|---|---|---|---|---|

**Tamara and Brian Levine**
**31 Plymouth Road**
**Westfield, NJ 07091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Camp Harmony, Inc.**
_____
Name

Case number (if known) _____

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.65 |

**ADP**
**1851 N Resler Drive MS-100**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.00 |

**AFC Urgent Care**
**907 Oak Tree Ave Ste H**
**South Plainfield, NJ 07080-5131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,270.02 |

**Alex Hermes**
**2333 Oxford Avenue**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**All Creditors listed on Schedule E with**
**claims exceeding $2,850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Allied Oil**
**25 Old Camplain Road**
**  NJ 08440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,154.66 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.80 |

**American Water**
**PO Box 371331**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

Nonpriority creditor's name and mailing address

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19866-5019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$20,475.84

---

**3.9**

Nonpriority creditor's name and mailing address

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19866-5019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,259.95

---

**3.10**

Nonpriority creditor's name and mailing address

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19866-5019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$17,900.85

---

**3.11**

Nonpriority creditor's name and mailing address

**Camp Minder**
**5766 Central Avenue**
**NJ 08300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.12**

Nonpriority creditor's name and mailing address

**Chase**
**PO Box 1423**
**Charlotte, NC 28201-1423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,300.52

---

**3.13**

Nonpriority creditor's name and mailing address

**Chase**
**PO Box 1423**
**Charlotte, NC 28201-1423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$28,263.05

---

**3.14**

Nonpriority creditor's name and mailing address

**Chase**
**PO Box 1423**
**Charlotte, NC 28201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$26,717.13

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,472.22 |
|---|---|---|---|

**Citi Bank**
**701 E. 60th Street N.**
**PO Box 6034**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,866,023.00 |
|---|---|---|---|

**Crown Bank**
**400 Westminster Avenue**
**Elizabeth, NJ 07208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Danielle Adler**
**175 Washington Drive**
**Watchung, NJ 07069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Document Solution**
**PO Box 911608**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,614.73 |
|---|---|---|---|

**Driscoll Food**
**174 Delawanna Avenue**
**Clifton, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.25 |
|---|---|---|---|

**Family Oil Services LLC**
**90 Brook Avenue**
**Plainfield, NJ 07060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,388.58 |
|---|---|---|---|

**Federal Fire Protection, Inc**
**PO Box 470**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Camp Harmony, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,495.00**

Garden State Labs
410 Hillside Avenue
Hillside, NJ 07205

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,425.00**

H&H Purchasing
12012 South Shore Boulevard
Suite 100
Wellington, FL 33414

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.00**

Hartshorn Elementary School
400 Hartshorn Drive
Short Hills, NJ 07078

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,844.00**

JCP&L
PO Box 3687
Akron, OH 44309

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,066.00**

Kabbage Inc
925B Peachtree Street NE, Suite 1688
Atlanta, GA 30309

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

LG Funding
1218 Union Street, Suite 2
Brooklyn, NY 11225

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Mark Greenbaum
2820 Isabella Street
Evanston, IL 60201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Camp Harmony, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.40** |
| --- | --- | --- | --- |

**McKesson Medical**
9954 Mayland Drive, Suite 4000
Henrico, VA 23233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,300.00** |
| --- | --- | --- | --- |

**Merchants Fleet Auto**
1278 Hooksett Avenue
Hooksett, NH 03106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
| --- | --- | --- | --- |

**Michael Schlaeffer**
6 Hedge Row Crossing
Lebanon, NJ 08833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
| --- | --- | --- | --- |

**Michele & Christopher Morley**
29 Starview Drive
Hillsborough, NJ 08844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.47** |
| --- | --- | --- | --- |

**NASCO**
901 Janesville Avenue
Fort Atkinson, WI 53538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| --- | --- | --- | --- |

**NJ Dept of Health**
PO Box 369
Trenton, NJ 08625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$439.71** |
| --- | --- | --- | --- |

**Office Depot**
PO Box 630813
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,537.68 |
|---|---|---|---|

**OSA Systems**
**515 Claremont Place**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.60 |
|---|---|---|---|

**Pinto Brothers Disposal**
**PO Box 528**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ProGuard**
**PO Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,368.09 |
|---|---|---|---|

**QuarterSpot**
**333 Seventh Avenue, Suite 1402**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,276.00 |
|---|---|---|---|

**RPS Bollinger Insurance**
**PO Box 390**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,116.00 |
|---|---|---|---|

**RRBB**
**265 Davidson Avenue, Suite 210**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.25 |
|---|---|---|---|

**Russell Reid, Inc**
**PO Box 130**
**Keasbey, NJ 08832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Camp Harmony, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**

**S&S Worldwide**
**75 Mill Street**
**PO Box 516**
**Colchester, CT 06415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19.92

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Sonzoni, Bottito & Cooper**
**435 Main Street**
**Bedminster, NJ 07921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20,976.44

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Stacy & Derek Littin**
**410 Tanner Trail**
**Charleston, SC 29412**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$45,000.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
**PO Box 105748**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$129.04

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Trenk, Dipasquale,  Della Ferra, & Sodon**
**347 Mount Pleasant Avenue, Suite 300**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$12,000.00

---

**3.48**

**Nonpriority creditor's name and mailing address**

**US Sports Institute**
**4 Somerset Street**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Volpe Service Company**
**PO Box 242**
**East Hanover, NJ 07936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,121.79

---

| Debtor | Camp Harmony, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |
|---|---|---|---|
| | Warren Township Board of Education | ☐ Contingent | |
| | 213 Mount Horeb Road | ☐ Unliquidated | |
| | Warren, NJ 07059 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Warren Township Lions Club | ☐ Contingent | |
| | P.O. Box 4441 | ☐ Unliquidated | |
| | Warren, NJ 07059 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | Warren Twp Sewerage Authority | ☐ Contingent | |
| | 46 Mountain Boulevard | ☐ Unliquidated | |
| | Warren, NJ 07059 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Michael Kahme, Esq.<br>Hill Wallack<br>21 Roszel Rd<br>Princeton, NJ 08540 | Line  3.16<br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 602,161.04 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 6,608,797.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,210,958.68 |

**Fill in this information to identify the case:**

Debtor name **Camp Harmony, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Crown Real Estate Holdings Inc.**<br>**27 Prince Street**<br>**Elizabeth, NJ 07208** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Photocopy Machine Lease** |
| | State the term remaining | **57 Months** |
| | List the contract number of any government contract | **Document Solutions**<br>**151 W Summer Avenue**<br>**Kenilworth, NJ 07033** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Future use of Debtor's property** |
| | State the term remaining | |
| | List the contract number of any government contract | **Hartshorn Elementary School**<br>**400 Hartshorn Drive**<br>**Short Hills, NJ 07078** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial dishwasher lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Pure Force**<br>**370 North Wabasha Street**<br>**Saint Paul, MN 55102** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Camp Harmony, Inc.**                                    Case number *(if known)* _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Future use of Debtor's property** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **US Sports Institute**<br>**4 Somerset Street**<br>**Whitehouse Station, NJ 08889** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Future use of Debtor's property** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Warren Township Board of Education**<br>**213 Mount Horeb Road**<br>**Warren, NJ 07059** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Future use of Debtor's property** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Warren Township Lions Club**<br>**P.O. Box 4441**<br>**Warren, NJ 07059** |

**Fill in this information to identify the case:**

Debtor name __**Camp Harmony, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                           *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **J&C Capital, L.L.C.** | **206 Mt. Horeb Road Warren, NJ 07059** | **Crown Bank** | ☐ D _____  ■ E/F __3.16__  ☐ G _____ |
| 2.2 | **Jerry Amedeo** | **206 Mt. Horeb Road Warren, NJ 07059** | **Crown Bank** | ☐ D _____  ■ E/F __3.16__  ☐ G _____ |
| 2.3 | **JJC Capital L.L.C.** | **206 Mt. Horeb Rd. Warren, NJ 07059** | **Crown Bank** | ☐ D _____  ■ E/F __3.16__  ☐ G _____ |
| 2.4 | **School Realty, L.L.C.** | **206 Mt. Horeb Road Warren, NJ 07059** | **Crown Bank** | ☐ D _____  ■ E/F __3.16__  ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name **Camp Harmony, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $1,463,388.00 |
| **For the fiscal year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $1,606,644.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | See attached rider | | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**90 Day Payment History - Camp Hamony, Inc.**

| Payee | Address | | Amount | Date | Notes |
|---|---|---|---|---|---|
| ADP | PO BOX 842875 | BOSTON, MA 02284-2875 | $97.10 | 2/14/2019 | |
| ADP | PO BOX 842875 | BOSTON, MA 02284-2875 | $553.15 | 1/11/2019 | |
| Allied Oil | 25 Old Camplain Road | Hillsborough, NJ 08844 | $6,000.00 | 2/19/2019 | |
| American Express | PO Box 1270 | Newark, NJ 07101-1270 | $1,000.00 | 12/28/2018 | |
| American Express | PO Box 1270 | Newark, NJ 07101-1270 | $1,000.00 | 2/14/2019 | |
| American Express | PO Box 1270 | Newark, NJ 07101-1270 | $1,750.00 | 2/21/2019 | |
| American Express | PO Box 1270 | Newark, NJ 07101-1270 | $1,750.00 | 2/28/2019 | |
| American Express | PO Box 1270 | Newark, NJ 07101-1270 | $1,750.00 | 3/7/2019 | |
| American Express | PO Box 1270 | Newark, NJ 07101-1270 | $1,125.00 | 3/14/2019 | |
| Bank of America (0346) | PO Box 15019 | Wilmington, DE 19866-5019 | $500.00 | 2/4/2019 | Credit Card payment |
| Bank of America (0346) | PO Box 15019 | Wilmington, DE 19866-5019 | $400.00 | 1/8/2019 | |
| Bank of America (5178) | PO Box 15019 | Wilmington, DE 19866-5019 | $400.00 | 2/4/2019 | Credit Card payment |
| Bank of America (5178) | PO Box 15019 | Wilmington, DE 19866-5019 | $500.00 | 1/8/2019 | |
| Bank of America (6818) | PO Box 15019 | Wilmington, DE 19866-5019 | $600.00 | 2/4/2019 | Credit Card payment |
| Bank of America (6818) | PO Box 15019 | Wilmington, DE 19866-5019 | $750.00 | 12/10/2019 | |
| CampMinder | 5766 Central Avenue | Boulder, CO 80301 | $575.00 | 3/1/2019 | Camp management software |
| CampMinder | 5766 Central Avenue | Boulder, CO 80301 | $575.00 | 1/2/2019 | Camp management software |
| CampMinder | 5766 Central Avenue | Boulder, CO 80301 | $575.00 | 2/1/2019 | Camp management software |
| CampMinder | 5766 Central Avenue | Boulder, CO 80301 | $575.00 | 3/1/2019 | |
| Carolyn Kilponen Maher | 31 Red Hill Road | Warren, NJ 07059 | $50.00 | 1/10/2019 | Refund |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $2,000.00 | 1/28/2019 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $2,000.00 | 1/31/2019 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $1,500.00 | 2/4/2019 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $6,912.36 | 2/8/2019 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $6,169.57 | 12/15/2018 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $1,000.00 | 1/10/2019 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $1,500.00 | 1/16/2019 | Credit Card payment |
| Chase (0623) | PO Box 1423 | Charlotte, NC 28201-1423 | $599.00 | 1/23/2019 | Credit Card payment |
| Chase (8561) | PO Box 1423 | Charlotte, NC 28201-1423 | $750.00 | 12/17/2018 | Credit Card payment |
| Chase (8561) | PO Box 1423 | Charlotte, NC 28201-1423 | $1,000.00 | 1/3/2019 | Credit Card payment |
| Chase (8561) | PO Box 1423 | Charlotte, NC 28201-1423 | $1,000.00 | 1/8/2019 | Credit Card payment |
| Chase (8561) | PO Box 1423 | Charlotte, NC 28201-1423 | $2,000.00 | 2/7/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $3,000.00 | 1/25/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $5,000.00 | 1/31/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $3,000.00 | 2/1/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $25,000.00 | 2/4/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $12,000.00 | 2/11/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $10,000.00 | 2/19/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | | 1/8/2019 | Credit Card payment |

| Name | Address 1 | Address 2 | Amount | Date | Description |
|---|---|---|---|---|---|
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $5,000.00 | 1/10/2019 | Credit Card payment |
| Chase (9527) | PO Box 1423 | Charlotte, NC 28201-1423 | $4,500.00 | 1/18/2019 | Credit Card payment |
| Chase Bank | PO Box 6026 | Chicago, IL 60680-6026 | $1,573.34 | 12/6/2018 | Line of Credit payments |
| Chase Bank | PO Box 6026 | Chicago, IL 60680-6026 | $1,577.06 | 1/6/2019 | Line of Credit payments |
| Chase Bank | PO Box 6026 | Chicago, IL 60680-6026 | $1,575.57 | 2/6/2019 | Line of Credit payments |
| Chase Bank | PO Box 6026 | Chicago, IL 60680-6026 | $1,529.99 | 3/6/2019 | Line of Credit payments |
| Chase Bank | PO Box 6026 | Chicago, IL 60680-6026 | $1,529.99 | 3/6/2019 | Line of Credit payments |
| Citbank (1243) | | | $5,000.00 | 2/13/2019 | Credit Card payment |
| Crossroads Paving | 81 Franklin Avenue | Nutley, NJ 07110 | $5,000.00 | 3/11/2019 | |
| Crossroads Paving | 81 Franklin Avenue | Nutley, NJ 07110 | $5,000.00 | 12/21/2018 | |
| D & V Fuel | 675 Somerset Street N | Plainfield, NJ 07060 | $28.73 | 1/16/2019 | |
| D & V Fuel | 675 Somerset Street N | Plainfield, NJ 07060 | $30.75 | 1/16/2019 | |
| DPS Pump Service | 127 Maxim Drive | Hopatcong, NJ 07843 | $3,835.04 | 1/31/2019 | |
| Ecolab (ProGuard) | PO Box 32027 | New York, NY 10087 | $175.88 | 12/17/2018 | Dishwasher monthly payment |
| Ecolab (ProGuard) | PO Box 32027 | New York, NY 10087 | $175.88 | 1/23/2019 | Dishwasher monthly payment |
| Ecolab (ProGuard) | PO Box 32027 | New York, NY 10087 | $175.88 | 2/19/2019 | Dishwasher monthly payment |
| Federal Fire Protection | PO Box 470 | Berkeley Heights, NJ 07922 | $2,068.53 | 2/13/2019 | |
| Focal Lighting & Electrical | 82 Morning Glory Road | Warren, NJ 07059 | $2,300.00 | 12/14/2018 | |
| Focal Lighting & Electrical | 82 Morning Glory Road | Warren, NJ 07059 | $3,000.00 | 2/14/2019 | |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/14/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/17/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/18/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/19/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/20/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/21/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/26/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/27/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/28/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 12/31/2018 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 1/2/2019 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 1/3/2019 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 1/4/2019 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 1/7/2019 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $553.00 | 1/8/2019 | Loan Payment |
| Forward Finance | 100 Summer Street, Suite 1175 | Boston, MA 02110 | $109.00 | 1/9/2019 | Loan Payment |
| Fox Business Funding | | | $2,812.50 | 12/21/2018 | Loan Payment |
| Fox Business Funding | | | $2,812.50 | 12/28/2018 | Loan Payment |
| Fox Business Funding | | | $2,812.50 | 1/4/2019 | Loan Payment |
| Fox Business Funding | | | $2,812.50 | 1/11/2019 | Loan Payment |
| Fox Business Funding | | | $2,812.50 | 1/18/2019 | Loan Payment |
| Fox Business Funding | | | $2,812.50 | 12/14/2018 | Loan Payment |

| Name | Address 1 | Address 2 | City, State ZIP | Amount | Date | Description |
|---|---|---|---|---|---|---|
| Grasshopper | 320 Summer Street | | Boston, MA 02110 | $37.12 | 12/16/2018 | Phone system |
| Grasshopper | 320 Summer Street | | Boston, MA 02110 | $37.37 | 1/16/2019 | Phone system |
| Grasshopper | 320 Summer Street | | Boston, MA 02110 | $37.12 | 2/16/2019 | Phone system |
| Grasshopper | 320 Summer Street | | Boston, MA 02110 | $37.12 | 12/16/2018 | Phone system |
| ING Life Insurance | | | Amsterdam, Netherlands | $790.44 | 12/24/2018 | |
| ING Life Insurance | | | Amsterdam, Netherlands | $790.44 | 1/22/2019 | |
| ING Life Insurance | | | Amsterdam, Netherlands | $790.44 | 2/22/2019 | |
| Kabbage | 925B Peachtree Street NE | | Atlanta, GA 30309 | $6,333.34 | 1/7/2019 | |
| Kabbage | 925B Peachtree Street NE | | Atlanta, GA 30309 | $6,333.34 | 2/6/2019 | |
| Kabbage | 925B Peachtree Street NE | | Atlanta, GA 30309 | $3,733.34 | 3/11/2019 | |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 12/20/2018 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 12/27/2018 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 1/3/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 1/10/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 1/17/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 1/24/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 1/31/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 2/7/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 2/14/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 2/21/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 2/28/2019 | Loan Payment |
| LG Funding | 1218 Union St Ste 2 | | Brooklyn, NY 11225-1512 | $2,397.00 | 3/7/2019 | Loan Payment |
| Louis Sobo | 423 Warren Street | | Scotch Plains, NJ 07076 | $334.66 | 2/13/2019 | Reimbursements for purchases |
| Merchants Fleet Auto | 1278 Hooksett Road | | Hooksett, NH 03106 | $5,000.00 | 1/25/2019 | |
| Mike's Fuel Delivery | 643 East Main Street | | Bridgewater, NJ 08807 | $1,025.88 | 2/25/2019 | Diesel Fuel |
| New Jersey Department of Labor & Workforce Development | PO Box 110 | | Trenton, NJ 08625 | $350.00 | 3/7/2019 | Boilers |
| New Jersey GAP | 224 West State Street | | Trenton, NJ 08608 | $600.00 | 2/12/2019 | Dues |
| Pnto Brother Disposal | PO Box 528 | | South Plainfield, NJ 07080 | $554.40 | 2/4/2019 | |
| PSE&G | PO BOX 14444 | | New Brunswick, NJ 08906-4444 | $50.78 | 2/25/2019 | 25 Harmony Road |
| PSE&G | PO Box 14444 | | New Brunswick, NJ 08906 | $3,733.19 | 12/13/2018 | |
| PSE&G | PO Box 14444 | | New Brunswick, NJ 08906 | $5,710.00 | 3/8/2019 | |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 12/14/2018 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 12/21/2018 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 12/28/2018 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 1/4/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 1/11/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 1/18/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 1/25/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | | Fairfax, VA 22031 | $2,100.00 | 2/1/2019 | Loan Payment |

| Payee | Address | City/State/Zip | | Amount | Date | Memo |
|---|---|---|---|---|---|---|
| Quarterspot | 2751 Prosperity Avenue | Fairfax, VA 22031 | | $2,100.00 | 2/8/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | Fairfax, VA 22031 | | $2,100.00 | 2/15/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | Fairfax, VA 22031 | | $2,100.00 | 2/22/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | Fairfax, VA 22031 | | $2,100.00 | 3/8/2019 | Loan Payment |
| Quarterspot | 2751 Prosperity Avenue | Fairfax, VA 22031 | | $2,100.00 | 3/1/2019 | Loan Payment |
| Resaturant Depot | 1760 New Durham Road | South Plainfield, NJ 07080-5131 | | $28.40 | 12/27/2018 | |
| Richmond Books & Operations LLC | 771 Fairacres Avenue | Westfield, NJ 07090 | | $1,575.00 | 12/13/2018 | |
| Richmond Books & Operations LLC | 771 Fairacres Avenue | Westfield, NJ 07090 | | $1,550.00 | 1/18/2019 | |
| RRBB Accountants | 265 Davidson Avenue, Suite 210 | Somerset, NJ 08873 | | $2,000.00 | 1/29/2019 | |
| Safe & Fair Food Company | 1 North LaSalle Street Suite 1515 | Chicago, IL 60602 | | $480.00 | 2/11/2019 | |
| Scott Nutt | 29 Olden Drive | Flemington, NJ 08822 | | $21,000.00 | 3/8/2019 | Repayment of loan |
| Selective Insurance | 40 Wantage Avenue | Branchville, NJ 07890 | | $4,579.00 | 2/8/2019 | |
| Selective Insurance | 40 Wantage Avenue | Branchville, NJ 07890 | | $4,588.00 | 1/10/2019 | |
| Somerset County EOEF | 20 Grove Street | Somerville, NJ 08876 | | $200.00 | 1/23/2019 | Boiler fine |
| Throne Law | 16-00 State Route 208, Suite 302 | Fairlawn, NJ 07410 | | $2,000.00 | 2/13/2019 | Pay off agreement for accountant |
| Throne Law | 16-00 State Route 208, Suite 302 | Fairlawn, NJ 07410 | | $1,500.00 | 1/10/2019 | Pay off agreement for accountant |
| Throne Law | 16-00 State Route 208, Suite 302 | Fairlawn, NJ 07410 | | $1,000.00 | 3/6/2019 | Pay off agreement for accountant |
| TIAA Commercial Finance | PO Box 911608 | Denver, CO 80291 | | $280.66 | 12/18/2018 | |
| TIAA Commercial Finance | PO Box 911608 | Denver, CO 80291 | | $280.66 | 1/18/2019 | |
| Township of Warren | 46 Mountain Boulevard | Warren, NJ 07059 | | $150.00 | 1/23/2019 | License |
| Transamerica Life Insurance | 4333 Edgewood Road NE | Cedar Rapids, IA 52499 | | $4,316.00 | 2/4/2019 | |
| Trumpore Plumbing & Heating | 751 Lyons Avenue | Irvington, NJ 07111 | | $1,725.00 | 2/20/2019 | |
| Twp of Warren | 46 Mountain Boulevard | Warren, NJ 07059 | | $750.00 | 1/30/2019 | Licenses |
| VOYA Life Insurance | 230 Park Avenue | New York, NY 10069 | | $635.00 | 12/27/2018 | |
| VOYA Life Insurance | 230 Park Avenue | New York, NY 10069 | | $853.60 | 1/10/2019 | |
| VOYA Life Insurance | 230 Park Avenue | New York, NY 10069 | | $635.00 | 1/28/2019 | |
| VOYA Life Insurance | 230 Park Avenue | New York, NY 10069 | | $853.60 | 2/11/2019 | |
| VOYA Life Insurance | 230 Park Avenue | New York, NY 10069 | | $635.00 | 2/27/2019 | |
| VOYA Life Insurance | 230 Park Avenue | New York, NY 10069 | | $853.00 | 3/11/2019 | |
| Warren Bureau of Fire Prevention | 46 Mountain Boulevard | Warren, NJ 07059 | | $75.00 | 1/23/2019 | Inspection |
| Richmond Books & Operations | 771 Fairacres Avenue | Westfield, NJ 07090 | | $725.00 | 3/14/2019 | |

Debtor    **Camp Harmony, Inc.**                                      Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|
   | **Crown Bank**<br>**400 Westminster Avenue**<br>**Elizabeth, NJ 07208** | **Real property located at 260 Mt. Horeb Road, Warren, NJ 07059**<br>**Foreclosed and acquired by Crown Bank affiliate Crown Real Estate Holdings, Inc.** | | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Crown Bank v. Camp Harmony, et al.**<br>**SWC-F-002733-17** | **Foreclosure** | **Superior Court of New Jersey**<br>**Chancery Division, Somerset County**<br>**20 North Bridge St.**<br>**Somerville, NJ 08876** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
   | 7.2. | **Crown Bank v. Camp Harmony, Inc. et al.**<br>**SOM-L-108-17** | **Civil** | **Superior Court of New Jersey**<br>**Law Division**<br>**Somerset County**<br>**20 North Bridge St.**<br>**Somerville, NJ 08876** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Camp Harmony, Inc.**                                     Case number *(if known)* _____

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rabinowitz, Lubetkin & Tully, LLC** **293 Eisenhower Parkway** **Suite 100** **Livingston, NJ 07039** | | March 15, 2019 | $37,500.00 |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor      **Camp Harmony, Inc.**                                                    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Camp Harmony, Inc.**                                                  Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor    **Camp Harmony, Inc.**    Case number *(if known)* _____

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Jerry Amedeo**<br>**206 Mt Horeb Rd.**<br>**Warren, NJ 07059** | **1976 to present** |
| 26a.2.    **Carol McArthur**<br>**206 Mt Horeb Rd.**<br>**Warren, NJ 07059** | **1976 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Andrew Fingerhut, CPA**<br>**Rosenberg Rich Baker Berman & Co.**<br>**Somerset, NJ 08873** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Carol McArthur**<br>**206 Mt Horeb Rd.**<br>**Warren, NJ 07059** | |
| 26c.2.    **Jerry Amedeo**<br>**206 Mt Horeb Rd.**<br>**Warren, NJ 07059** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

Debtor   **Camp Harmony, Inc.**

Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry Amedeo | 206 Mt Horeb Rd. Warren, NJ 07059 | President | 51% |
| Carol McArthur | 206 Mt Horeb Rd. Warren, NJ 07059 | Vice President | |
| Nicole Griffith | 206 Mt Horeb Rd. Warren, NJ 07059 | Secretary | 24.5% |
| Elyse Greenbaum | 206 Mt Horeb Rd. Warren, NJ 07059 | Treasurer | 24.5% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Camp Harmony, Inc.**                                                  Case number *(if known)*

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on         3/15/19

X _____        **Jerry Amedeo** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re   **Camp Harmony, Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $            **37,500.00**

   Prior to the filing of this statement I have received ................................ $            **37,500.00**

   Balance Due ................................................................................................ $                    **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/15/19
_____
Date

**Jay L. Lubetkin**
_Signature of Attorney_
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100  Fax: 973-597-9119**
_Name of law firm_

---

# United States Bankruptcy Court
## District of New Jersey

In re   __Camp Harmony, Inc._____   Case No. _____
                                    Debtor(s)            Chapter   __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Elyse Greenbaum<br>206 Mt Horeb Rd.<br>Warren, NJ 07059 | | 24.5% | |
| Jerry Amedeo<br>206 Mt Horeb Rd.<br>Warren, NJ 07059 | | 51% | |
| Nicole Griffith<br>206 Mt Horeb Rd.<br>Warren, NJ 07059 | | 24.5% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __3/15/19_____        Signature   _____
                                                      **Jerry Amedeo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Camp Harmony, Inc.** _____     Case No. _____

                                    Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date: _____3/15/19_____          X _____

                         **Jerry Amedeo/President**
                         Signer/Title

ADP
1851 N Resler Drive MS-100
El Paso, TX 79912


Adrea and Brian Mann
5 Holly Ridge Court
Bernardsville, NJ 07924


Adriane Shaw and Bill Walsh
16 Frederick Court
Basking Ridge, NJ 07920


AFC Urgent Care
907 Oak Tree Ave Ste H
South Plainfield, NJ 07080-5131


Alex Hermes
2333 Oxford Avenue
South Plainfield, NJ 07080


Alexandra and Mark Daniel
344 Henry Street
Scotch Plains, NJ 07076


All Creditors listed on Schedule E with
claims exceeding $2,850


Allied Oil
25 Old Camplain Road
NJ 08440


Allison and Andrew Adornato
1094 Willow Road
Mountainside, NJ 07092


Allison and Rob Sackett
1030 Wyandotte Trail
Westfield, NJ 07091


Amanda and Bryan Bowler
34 Acorn Drive
Clark, NJ 07066

Amanda and Rich Cowell
634 Riverside Drive
Cranford, NJ 07016


American Express
PO Box 1270
Newark, NJ 07101-1270


American Water
PO Box 371331
Pittsburgh, PA 15250


Amie and Chris Brancheau
22 Princeton Ave
Berkeley Heights, NJ 07922


Amie and Justin Griffith
2018 Grand St
Scotch Plains, NJ 07076


Amy and Ari Burd
2 Northview Ter
Holmdel, NJ 07733


Amy Zweiman and Chad Springer
80 Tuttle Road
Watchung, NJ 07069


Ann-Marie Ryan
21 French Drive
Hillsborough, NJ 08844


Anne and David Tsang
38 Cedar Hollow Drive
Stirling, NJ 07980


Ashleigh Cerenzo and Kate Curran
49 loft drive
Martinsville, NJ 08836


Bank of America
PO Box 15019
Wilmington, DE 19866-5019

Bank of America
PO Box 15019
Wilmington, DE 19866-5019


Bank of America
PO Box 15019
Wilmington, DE 19866-5019


Becky and Robert Burke
1735 florida st
Westfield, NJ 07091


Camp Minder
5766 Central Avenue
NJ 08300


Chase
PO Box 1423
Charlotte, NC 28201-1423


Chase
PO Box 1423
Charlotte, NC 28201-1423


Chase
PO Box 1423
Charlotte, NC 28201


Chrissy and Bill Cwieka
25 Logan Drive
Branchburg, NJ 08876


Christina Theodorou and Bryan Ross
8 Helen St
Warren, NJ 07059


Cindy and William Campbell
5 blackthorne road
Warren, NJ 07059


Citi Bank
701 E. 60th Street N.
PO Box 6034
Sioux Falls, SD 57117

Corey Kaczmarek and Jack Howard
804 Star View Way
Bridgewater, NJ 08807


Crown Bank
400 Westminster Avenue
Elizabeth, NJ 07208


Crown Real Estate Holdings Inc.
27 Prince Street
Elizabeth, NJ 07208


Cynthia and Clark Landale
1104 Heckel Drive
Mountainside, NJ 07092


Dana and Andrew Curtis
5 woodgrove turn
Warren, NJ 07059


Dana and Nick San Filippo
16 Kensington Court
Warren, NJ 07059


Danielle Adler
175 Washington Drive
Watchung, NJ 07069


Danielle and Carlos Ferreira
12 Jenna Court
Scotch Plains, NJ 07076


Daria Tarbaeva and Michael Litvin
80 Appletree Row
Berkeley Heights, NJ 07922


Daryl and Paul Knegten
115 Oakwood Rd East
Watchung, NJ 07069


Dawn and Mario Serra
3 Foxglove Drive
Warren, NJ 07059

Deanna Chin and John Maloney
96 Briarwood Drive West
Warren, NJ 07059


Deborah and Mitchell Sandak
1019 Boynton Avenue
Westfield, NJ 07091


Debra and Barry Rothenberg
36 Angus Lane
Warren, NJ 07059


Deepti Mehra and Manish Mehta
229 Virginia St
Westfield, NJ 07091


Demi and Lance Blick
19 Ellsworth Drive
Warren, NJ 07059


Diana and Brian Isherwood
11 Pine Street
Green Brook, NJ 08812


Document Solution
PO Box 911608
Denver, CO 80291


Document Solutions
151 W Summer Avenue
Kenilworth, NJ 07033


Driscoll Food
174 Delawanna Avenue
Clifton, NJ 07014


Elisa and Mark Perla
49 Pheasant Run Drive
Basking Ridge, NJ 07920


Ellen Friedman and Michael Gould
239A Amboy Avenue
Metuchen, NJ 08840

Ellen Wolfe
14 Durham Drive
Clark, NJ 07066


Erika and Adam Berman
34 William Penn Road
Warren, NJ 07059


Erin Black and Matthew Tripp
1045 Rector Road
Bridgewater, NJ 08807


Family Oil Services LLC
90 Brook Avenue
Plainfield, NJ 07060


Fay and Jason Verbel
57 Sycamore Way
Warren, NJ 07059


Federal Fire Protection, Inc
PO Box 470
Berkeley Heights, NJ 07922


Fran Franks
11 Heather Lane
Warren, NJ 07059


Garden State Labs
410 Hillside Avenue
Hillside, NJ 07205


Gwen and Amy Dixon
108 Academy Street
South Orange, NJ 07079


H&H Purchasing
12012 South Shore Boulevard
Suite 100
Wellington, FL 33414


Hartshorn Elementary School
400 Hartshorn Drive
Short Hills, NJ 07078

Hartshorn Elementary School
400 Hartshorn Drive
Short Hills, NJ 07078


Heather and Eric Hado
87 Myrtle ave
Millburn, NJ 07041


Howie and Lisa Bash
4 Hazelwood Court
Warren, NJ 07059


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Isai and Muthu Senthil
2 Hickory Lane
Dunellen, NJ 08812


J&C Capital, L.L.C.
206 Mt. Horeb Road
Warren, NJ 07059


Janet and Angelo LaFerrera
2505 Mountain Avenue
Scotch Plains, NJ 07076


Jasmin and Jacob Kriss
1300 Overhill Street
Westfield, NJ 07091


Jasmin Vazquez and Margo Kizel
955 South Springfield Avenue
Unit 2003
Springfield, NJ 07081


JCP&L
PO Box 3687
Akron, OH 44309


Jeannie and David Shrank
2 Countryside Lane
Warren, NJ 07059

Jen and Kevin Cale
316 Mountain Blvd
Watchung, NJ 07069


Jennifer and Daniel McCarey
165 Mountainview Road
Warren, NJ 07059


Jennifer and David Kassack
136 High Tor Drive
Watchung, NJ 07069


Jennifer and Don Molina
3 Bailiwick Drive
Warren, NJ 07059


Jennifer and Gabriel Rodriguez
13 Madden Ct
Westfield, NJ 07091


Jennifer and Steven Krawitz
9 Sherwood Ct.
Warren, NJ 07059


Jerry Amedeo
206 Mt. Horeb Road
Warren, NJ 07059


JJC Capital L.L.C.
206 Mt. Horeb Rd.
Warren, NJ 07059


Jodi Krumholz and Andrea Rossi
19 Glenview Drive
Warren, NJ 07059


Jodi Visco and Joe Guglielmo
708 Carleton Road
Westfield, NJ 07091


Julie and Ravi Mistry
189 VALLEY DR
Watchung, NJ 07069

Julie Benton and Chris Sparrer
23 Springfield Ave
Berkeley Heights, NJ 07922


Julie Herbstman and Arthur Ginnino
84 mountain ave
Warren, NJ 07059


Justine and Matt Donnelly
246 Woodland Road
Madison, NJ 07940


Kabbage Inc
925B Peachtree Street NE, Suite 1688
Atlanta, GA 30309


Karen and John Wauters
22 twombly dr
Summit, NJ 07901


Karyn and Marrhew Aptekar
21 Sentry Court
Basking Ridge, NJ 07920


Kathleen and Dennis Bakos
47 Book Drive
Watchung, NJ 07069


Kathleen and George Prayias
3 Tall Oaks Drive
Warren, NJ 07059


Kim and Jim Alexander
760 Hyslip Avenue
Westfield, NJ 07091


Kristen and Robert Checchio
19 Conklin Lane
Warren, NJ 07059


Laura and Eric Heller
1113 Shore Drive
Brielle, NJ 07830

Lauren and Michael Castagna
9 Mundy Lane
Warren, NJ 07059


Lauren and Timothy Mansour
4 Ridge Road
Warren, NJ 07059


Lauren Lippitt-Zissu and Greg Zissu
16 Oak Lane
Green Book, NJ 08812


Leah and Jill Golub
11 Brentwood Court
Warren, NJ 07059


Lesley and David Brooks
22 Ron's Edge Road
Springfield, NJ 07081


LG Funding
1218 Union Street, Suite 2
Brooklyn, NY 11225


Lindsey and Kris Showman
4 Apple Tree Lane
Warren, NJ 07059


Lisa and David Checchio
113 Valley Drive
Watchung, NJ 07069


Lisa and Kevin Walsh
857 Knollwood Ter
Westfield, NJ 07091


Lisa and Vinny Cerracchio
29 Shannon Road
Bridgewater, NJ 08807


Liz and Eric Weisman
7 Martin Court
Martinsville, NJ 08836

Lori and Craig Menker
132 Darren Drive
Basking Ridge, NJ 07920


Lori and Jared Rabinowitz
547 Prospect Street
Westfield, NJ 07091


Lynn and Gavin Evans
28-3 Post Kennel Road
Far Hills, NJ 07931


Mandy and Jack Walfish
1649 Brookdale Dr
Martinsville, NJ 08836


Marilyn and Jeffrey Halter
22 Maplehurst Lane
Piscataway, NJ 08854


Marilyn Gonzalez and Anthony Burton
762 Kimball ave
Westfield, NJ 07091


Marisa and Sameer Joshi
174 Oaks Road
Millington, NJ 07946


Marissa and Marc Oren
22 Apple Tree Lane
Warren, NJ 07059


Mark Greenbaum
2820 Isabella Street
Evanston, IL 60201


Marla and Michael Sommer
27 N. Finley Avenue
Basking Ridge, NJ 07920


Mary and Dennis Reilly
524 Dorian Place
Westfield, NJ 07091

McKesson Medical
9954 Mayland Drive, Suite 4000
Henrico, VA 23233


Megan and John Leitch
122 Emerald Valley Lane
Basking Ridge, NJ 07920


Melanie and Lacxon Chan
1188 Wyoming Drive
Mountainside, NJ 07092


Melisa and Nima Majlesi
12 Rockage road
Warren, NJ 07059


Melissa and David Weiss
4 Dunlap Place
Middlesex, NJ 08846


Merchants Fleet Auto
1278 Hooksett Avenue
Hooksett, NH 03106


Michael Kahme, Esq.
Hill Wallack
21 Roszel Rd
Princeton, NJ 08540


Michael Schlaeffer
6 Hedge Row Crossing
Lebanon, NJ 08833


Michele & Christopher Morley
29 Starview Drive
Hillsborough, NJ 08844


Michele Johnson
52 Hillcrest Blvd
Warren, NJ 07059


Milena and Alexy Gashkevich
86 Locust Ave
Millburn, NJ 07041

Nancy Lin and Zhijing Wang
4 Kale Dr
Bridgewater, NJ 08807


NASCO
901 Janesville Avenue
Fort Atkinson, WI 53538


New Jersey Division of Taxation
Compliance and Enforcement
Bankruptcy Unit
50 Barrack Street, 9th Floor
Trenton, NJ 08625


Nicole Evins and Jeremy Gault
12 Brighton Avenue
Bridgewater, NJ 08807


Nidhi and Kapil Gupta
73 Winding Way
Stirling, NJ 07980


Nidhi and Vivek Radia
115 ORCHARD RD
Watchung, NJ 07069


NJ Dept of Health
PO Box 369
Trenton, NJ 08625


Office Depot
PO Box 630813
Cincinnati, OH 45263


OSA Systems
515 Claremont Place
Cranford, NJ 07016


Pamela and Ernest Clarke
622 Maye Street
Westfield, NJ 07091


Pinto Brothers Disposal
PO Box 528
South Plainfield, NJ 07080

ProGuard
PO Box 32027
New York, NY 10087


Pure Force
370 North Wabasha Street
Saint Paul, MN 55102


QuarterSpot
333 Seventh Avenue, Suite 1402
New York, NY 10001


Rachel Liao and Yi Zhang
37 Rainbow Ridge Drive
Livingston, NJ 07039


Rachel Soloway and Mark Celler
100 Walnut Street
New Providence, NJ 07974


Rebecca and Kevin Brown
548 Stangle Road
Martinsville, NJ 08836


Richard and Patricia Brosnan
11 Rockridge Court
Basking Ridge, NJ 07920


Risa and Andrew Glenn
579 Hillside Avenue
Mountainside, NJ 07092


Robyn and Rob Gibbs
66 Nottingham Drive
Watchung, NJ 07069


RPS Bollinger Insurance
PO Box 390
Short Hills, NJ 07078


RRBB
265 Davidson Avenue, Suite 210
Somerset, NJ 08873

Russell Reid, Inc
PO Box 130
Keasbey, NJ 08832


S&S Worldwide
75 Mill Street
PO Box 516
Colchester, CT 06415


Sapna Bhambhani and Thomas Sherman
920 Summit Avenue
Westfield, NJ 07091


School Realty, L.L.C.
206 Mt. Horeb Road
Warren, NJ 07059


Shari and Bret Steig
581 River Road
Chatham, NJ 07928


Sharra and Michael Woodward
80 Summit Drive
Basking Ridge, NJ 07920


Shaun and Jaime Spearnock
18 Charlotte Drive
Clark, NJ 07066


Sonali and Avnissh Patel
8 Brentwood Court
Warren, NJ 07059


Sonia and Rob Woods
1111 Johnston Drive
Watchung, NJ 07069


Sonzoni, Bottito & Cooper
435 Main Street
Bedminster, NJ 07921


Stacey and Rob Merkin
222 Arrowood Way
Basking Ridge, NJ 07920

Staci and Michael Goldenberg
21 Helen Street
Fanwood, NJ 07023


Stacy & Derek Littin
410 Tanner Trail
Charleston, SC 29412


Staples Advantage
PO Box 105748
Atlanta, GA 30348


Stefanie and Jason Kirchheimer
71 Rock Avenue
Watchung, NJ 07069


Stefanie and Michael Jurista
13 Elmwood Drive
Warren, NJ 07059


Stephanie and Zak Levitt
632 Shadowlawn Drive
Westfield, NJ 07091


Susan and Christopher De Angelis
91 Morning Glory Rd
Warren, NJ 07059


Tamara and Brian Levine
31 Plymouth Road
Westfield, NJ 07091


Trenk, Dipasquale, Della Ferra, & Sodon
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052


US Sports Institute
4 Somerset Street
Whitehouse Station, NJ 08889


US Sports Institute
4 Somerset Street
Whitehouse Station, NJ 08889

Volpe Service Company
PO Box 242
East Hanover, NJ 07936


Warren Township Board of Education
213 Mount Horeb Road
Warren, NJ 07059


Warren Township Board of Education
213 Mount Horeb Road
Warren, NJ 07059


Warren Township Lions Club
P.O. Box 4441
Warren, NJ 07059


Warren Township Lions Club
P.O. Box 4441
Warren, NJ 07059


Warren Twp Sewerage Authority
46 Mountain Boulevard
Warren, NJ 07059

## United States Bankruptcy Court
### District of New Jersey

In re   Camp Harmony, Inc.   _____

                                     Debtor(s)

Case No. _____
Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Camp Harmony, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

3/15/19
_____
Date

_____
Jay L. Lubetkin
Signature of Attorney or Litigant
Counsel for   Camp Harmony, Inc.
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100 Fax:973-597-9119